1  Meenoo Chahbazi (No. 029568)
   Edmundo P. Robaina (No. 018125)
2  ROBAINA & KRESIN PLLC
   5343 North 16th Street, Suite 200
3  Phoenix, Arizona 85016
   Telephone: (602) 682-6450
4  Facsimile: (602) 682-6455
   mch@robainalaw.com
5  epr@robainalaw.com

6  Attorneys for Plaintiff John McIver

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| John McIver, an individual, | No. 2:18-cv-00544-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |
| Honeywell International Inc., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff John McIver hereby voluntarily dismisses the above-captioned action with prejudice.

Respectfully Submitted this 1st day of June 2018.

ROBAINA & KRESIN PLLC

By /s/ Meenoo Chahbazi
   Meenoo Chahbazi
   Edmundo P. Robaina
   Attorneys for Plaintiff John McIver

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June 2018, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing.

By    /s/ Gaynell Carpenter